# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PETITION OF : COMMONWEALTH OF PENNSYLVANIA | : No. 560 MAL 2014 |
| | : |
| | : |
| IN THE INTEREST OF:  O.M. A MINOR | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.